1 | JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
3 | EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney
4
   450 Golden Gate Avenue, Box 36055
5  San Francisco, California 94102
   Telephone: (415) 436-6915
6  FAX: (415) 436-6927

7 | Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| KULWANT KAUR, MANPREET KAUR and GURPREET SINGH, | ) ) ) | No. C 08-4435 MMC |
|---|---|---|
| Plaintiffs, | ) ) | |
| v. | ) ) | **STIPULATION TO DISMISS; AND** ~~[PROPOSED]~~ **ORDER** |
| JONATHAN SCHARFEN, Acting Director, U.S. Citizenship and Immigration Services, | ) ) ) ) | |
| Defendant. | ) ) | |

   The plaintiffs, by and through their attorney of record, and defendant, by and through his attorneys of record, hereby stipulate, subject to approval of the Court, to dismiss the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services (USCIS) has acted on the plaintiff's I-485 applications for adjustment of status.

   Each of the parties shall bear their own costs and fees.

//
//
//
//
//
//
//

STIPULATION TO DISMISS
C 08-4435 MMC                                    1

| | | |
|---|---|---|
| 1 | Dated: December 9, 2008 | Respectfully submitted, |
| 2 | | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 3 | | |
| 4 | | /s/<br>EDWARD A. OLSEN<br>Assistant United States Attorney |
| 5 | | Attorneys for Defendant |

1  Dated: December 9, 2008

                      Respectfully submitted,

                      JOSEPH P. RUSSONIELLO
                      United States Attorney

                      /s/
                      EDWARD A. OLSEN
                      Assistant United States Attorney
                      Attorneys for Defendant

Dated: December 9, 2008

                      /s/
                      ALAN M. KAUFMAN
                      KAUFMAN & KAUFMAN
                      Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: December 11, 2008

                      _/s/ Maxine M. Chesney_____
                      MAXINE M. CHESNEY
                      United States District Court